# Unclaimed Funds
Entered 8/10/2009 to 8/10/2009

| Case No./Cred No. | Creditor | Amount | Entered | |
|---|---|---:|---|---|
| 04-18372<br>17101002 | PHILLIP ANDREWS<br>P.O. BOX 2630<br>TAUNTON, MA 02780<br>02780 | 11.97 | 08/10/2009 | FO |
| 07-12405<br>17101001 | DANIEL GILLEO<br>49 MONUMONT ST<br>MEDFORD, MA 02155<br>02155 | 3,710.49 | 08/10/2009 | |
| 07-13534<br>17101000 | GLADYS ZAYAS<br>P.O. BOX 690285<br>QUINCY, MA 02269<br>02269 | 1,904.00 | 08/10/2009 | |
| 07-15014<br>17100999 | ROBERT OHRENBERGER<br>15 QUINCY ST<br>BROCKTON, MA 02302<br>02302 | 5.93 | 08/10/2009 | FO |
| 08-10152<br>17100998 | DIEDRA CREGER<br>118 ANDREWS WAY<br>PLYMOUTH, MA 02360<br>02360 | 3,845.00 | 08/10/2009 | |
| 08-14635<br>17100990 | CHRISTOPHER LASHUS<br>415 CONCORD ST<br>HOLLISTON, MA 01746<br>01746 | 72.00 | 08/10/2009 | |

**Grand Total: 9,549.39**